AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUAN CARLOS LUGO,

    Petitioner,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 322-083

v.

STACEY N. STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 19, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the motion to dismiss is granted, the petition filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice, and this civil action stands closed.



| October 19, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *signature: Candy Ashbell* |
| | (By) Deputy Clerk |